IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYNN MAYNARD, on behalf of himself and all similarly situated individuals,<br><br>   Plaintiff,<br><br>v.<br><br>AGILYSYS, INC.,<br><br>   Defendant. | Civil Action No.<br>1:14-cv-03698-AT<br><br><br><br>JURY TRIAL DEMANDED |

## **ORDER APPROVING SETTLEMENT AND DISMISSING CASE**

THIS MATTER is before the Court upon the parties' Joint Motion To Approve Settlement Agreement. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement Agreement is **GRANTED**.

2. The Court finds that there is a bona fide dispute over whether Plaintiff is entitled to back overtime pay under the FLSA and the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement, are fair and reasonable resolution of that bona fide dispute, and the Settlement Agreement is hereby **APPROVED**.

3. This cause is hereby **DISMISSED** with prejudice, with each party to bear its own costs and attorneys' fees, except as otherwise provided in the Settlement Agreement.

4. The Court shall retain jurisdiction over the action to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Atlanta, Georgia, this 19th day of January, 2016.

_____
The Honorable Amy Totenberg
U.S. District Judge
Northern District of Georgia
Atlanta Division